```
                                                    FILED
                                                  BILLINGS DIV.

                                                2011 JUN 7 PM 1 27

                                                  PATRICK E. ...
```

# UNITED STATES DISTRICT COURT

BY_____
DEPUTY CLERK

## DISTRICT OF MONTANA

## BILLINGS DIVISION

| | |
|---|---|
| Jamie Swecker, individually and on behalf of all similarly situated Deputy Sheriffs of Yellowstone County, et al.,<br><br>    Plaintiffs,<br><br>versus<br><br>Yellowstone County, acting by and through the Yellowstone County Sheriff's Office, and individually, Jay Bell and Mary Matteson,<br><br>    Defendants. | Case No. 1:10-CV-0113-RFC<br><br>**ORDER** |

Pursuant to the parties' "Settlement Agreement and Stipulation To Dismiss Counts I and II of the First Amended Complaint" filed on June 4, 2011,

IT IS HEREBY ORDERED that

(a) all claims set forth in Counts I and II of the First Amended Complaint

[*Court Doc. 3*] in the above entitled matter are dismissed with prejudice as fully and finally settled on the merits, with costs and attorney fees to be paid in accordance with the parties' stipulation;

(b) all of the named plaintiffs, excepting only Plaintiff Jamie Swecker, are hereby terminated as party plaintiffs to this case; and

(c) the caption is hereby amended on this date to read "*Jamie Swecker, Plaintiff, versus Yellowstone County, acting by and through the Yellowstone County Sheriff's Office, and individually, Jay Bell and Mary Matteson, Defendants.*"

For purposes of proceeding with Counts III, IV and V as set forth in the First Amended Complaint, the remaining parties shall proceed in accordance with this Court's pretrial Scheduling Order [*Court Doc. 40*] issued May 18, 2011.

DONE AND DATED THIS 7th DAY of June, 2011.

_____
Richard F. Cebull, Chief District Judge
United States District Court