

FILED
SEP 1 2 2012
PATRICK E. DUFFY CLERK
BY_____
    Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| JAMIE SWECKER, | Cause No. CV 10-113-BLG-RFC |
| Plaintiffs, | |
| vs. | **ORDER DISMISSING WITH PREJUDICE COUNTS III, IV AND V OF THE FIRST AMENDED COMPLAINT** |
| YELLOWSTONE COUNTY *et al*, | |
| Defendants. | |

This matter coming before the Court on the parties' Joint Settlement Agreement and Stipulation to Dismiss Counts III, IV and V of the First Amended Complaint, and good cause appearing therefor,

IT IS HEREBY ORDERED that the above entitled matter is hereby dismissed with prejudice in accordance with the parties' Joint Settlement Agreement and Stipulation to Dismiss Counts III, IV and V of the First Amended Complaint filed in this case.

SO ORDERED this 12 day of September, 2012.

RICHARD F. CEBULL
U.S. DISTRICT JUDGE